IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

PIERRE BELL, #23746-009                                              PETITIONER

VERSUS                                          CIVIL ACTION NO. 5:09-cv-214-DCB-MTP

UNITED STATES OF AMERICA and
WARDEN OF FCC YAZOO CITY                                             RESPONDENTS

**FINAL JUDGMENT**

   This cause is before the Court, sua sponte, for consideration of dismissal. Pursuant to the Memorandum Opinion issued this day, it is hereby,

   ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 be dismissed as frivolous, without prejudice, and to the extent that the petition can be construed as a § 2255 motion it shall be dismissed for this Court's lack of jurisdiction, with prejudice.

   SO ORDERED AND ADJUDGED, this the  12th  day of April, 2010.


                                                  s/David Bramlette
                                                 UNITED STATES DISTRICT JUDGE